# Order

Michigan Supreme Court
Lansing, Michigan

April 27, 2010

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

140323

NORMAN ZALEWSKI and LOUISE
ZALEWSKI,
       Plaintiffs-Appellants,

v

THOMAS DEAN COOGAN,
       Defendant-Appellee.

SC: 140323
COA: 286083
Livingston CC: 08-023448-CH

_____/

     On order of the Court, the application for leave to appeal the November 24, 2009 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



     I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 27, 2010

Clerk

d0419